IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO CONTRERAS,** <br><br>               Petitioner, <br><br> v. <br><br> **JOHN MARSHALL, WARDEN,** <br><br>               Respondent. | 1:06-cv-01541-AWI TAG HC <br><br> **ORDER GRANTING MOTION FOR MODIFICATION OF BRIEFING SCHEDULE** <br><br> **(Doc. 10**) |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 7, 2008, Respondent filed the instant motion requesting modification of the briefing schedule in this action, to extend the time for him to file a motion to dismiss to April 7, 2008. (Doc. 10). As grounds therefore, Respondent's counsel contends that his office has been processing the petition since January 2008, and that it took until April 1, 2008, to obtain copies of 13 post-conviction collateral actions filed in three different courts, in addition to direct appeal and prior federal habeas matters, and to prepare a motion to dismiss, which was filed on April 7, 2008. (Docs. 10, 11). The Court has read and considered Respondent's motion, finds that good cause exists to grant it, and makes the following orders:

1. Respondent's motion for modification of briefing schedule (Doc. 10), is GRANTED;

2. Respondent shall have to and including April 7, 2008 to file a motion to dismiss;

3. The motion to dismiss (Doc. 11) is deemed timely filed; and

4. This order is made nunc pro tunc to April 7, 2008.

IT IS SO ORDERED.

Dated:  **April 9, 2008**                                    **/s/ Theresa A. Goldner**
                                                                    UNITED STATES MAGISTRATE JUDGE