UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CONTRERAS, | Old case # <u>1:06-cv-01541 AWI-TAG</u> (HC) |
| Petitioner, | **CONSENT ORDER REASSIGNING ACTION TO MAGISTRATE JUDGE** |
| v. | **New case # <u>1:06-cv-01541 TAG (HC)</u>** |
| JOHN MARSHALL, Warden, | |
| Respondent. _____/ | |

      Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  It appearing that all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

      1.    This action is reassigned to United States Magistrate Judge Theresa A. Goldner for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment,

      2.    The Clerk of the Court is directed to reassign this action in its entirety to Magistrate Judge Goldner, and

      3.    The new case number shall be

**1:06-cv-01541 TAG (HC)**

1  and all future pleadings and/or correspondence must be so numbered.  The parties are advised that
2  use of an incorrect case number, including initials, may result in a delay of documents being
3  processed and received by the appropriate judicial officer.
4
5  IT IS SO ORDERED.
6  Dated:    April 29, 2008                              /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE